Core Realty Holdings Man…  KELLY LUCKY    Log Out

# Check Stub

**PAY SUMMARY** | YEAR-TO-DATE INFO | TOTAL COMP REPORT

Pay Date
04/16/2021

## EARNINGS

| | |
|---|---|
| Regular Pay | $1,046.70 |
| Commission | $334.62 |
| Regular Pay | $308.16 |
| Overtime Pay | $161.66 |

## TAXES

| | |
|---|---|
| FICA - OASDI | $107.97 |
| AL INCOME TAX | $65.68 |
| FEDERAL INCOME TAX | $39.35 |
| FICA - MEDICARE | $25.25 |

## DEDUCTIONS

| | |
|---|---|
| Medical 125 | $109.75 |
| TOTAL | $1,503.14 |



— Earnings — Taxes — Deductions

History Year

2021

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- | --- |
| 4/16/2021 | B | 7931401 | $1,851.14 | $238.25 | $109.75 | $1,503.14 |
| 4/2/2021 | B | 7898203 | $1,480.77 | $156.00 | $109.75 | $1,215.02 |
| 3/19/2021 | B | 7865474 | $2,373.36 | $363.84 | $109.75 | $1,899.77 |
| 3/5/2021 | B | 7830461 | $1,486.17 | $157.21 | $109.75 | $1,219.21 |
| 2/19/2021 | B | 7798885 | $2,430.07 | $377.48 | $109.75 | $1,942.84 |
| 2/5/2021 | B | 7764829 | $1,628.28 | $188.68 | $109.75 | $1,329.85 |
| 1/22/2021 | B | 7731248 | $1,739.55 | $213.33 | $109.75 | $1,416.47 |
| 1/8/2021 | B | 7698361 | $1,494.00 | $158.94 | $109.75 | $1,225.31 |

Terms of Use | Privacy Policy | Contact Us

© CoAdvantage Resources, Inc. and affiliates ("CoAdvantage") - All Rights Reserved

Core Realty Holdings Man…  KELLY LUCKY    Log Out

# Check Stub

**PAY SUMMARY** | YEAR-TO-DATE INFO | TOTAL COMP REPORT

Pay Date
04/02/2021

## EARNINGS

| | |
|---|---|
| Regular Pay | $1,035.00 |
| Vacation Pay | $432.00 |
| Overtime Pay | $13.77 |

## TAXES

| | |
|---|---|
| FICA - OASDI | $85.00 |
| AL INCOME TAX | $49.02 |
| FICA - MEDICARE | $19.88 |
| FEDERAL INCOME TAX | $2.10 |

## DEDUCTIONS

| | |
|---|---|
| Medical 125 | $109.75 |
| TOTAL | $1,215.02 |



— Earnings — Taxes — Deductions

---

History Year

2021

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- | --- |
| 4/16/2021 | B | 7931401 | $1,851.14 | $238.25 | $109.75 | $1,503.14 |
| 4/2/2021 | B | 7898203 | $1,480.77 | $156.00 | $109.75 | $1,215.02 |
| 3/19/2021 | B | 7865474 | $2,373.36 | $363.84 | $109.75 | $1,899.77 |
| 3/5/2021 | B | 7830461 | $1,486.17 | $157.21 | $109.75 | $1,219.21 |
| 2/19/2021 | B | 7798885 | $2,430.07 | $377.48 | $109.75 | $1,942.84 |
| 2/5/2021 | B | 7764829 | $1,628.28 | $188.68 | $109.75 | $1,329.85 |
| 1/22/2021 | B | 7731248 | $1,739.55 | $213.33 | $109.75 | $1,416.47 |
| 1/8/2021 | B | 7698361 | $1,494.00 | $158.94 | $109.75 | $1,225.31 |

Terms of Use | Privacy Policy | Contact Us

© CoAdvantage Resources, Inc. and affiliates ("CoAdvantage") - All Rights Reserved

Core Realty Holdings Man…  KELLY LUCKY Log Out

## Check Stub

**PAY SUMMARY** | YEAR-TO-DATE INFO | TOTAL COMP REPORT

Pay Date
03/19/2021

### EARNINGS

| | |
|---|---:|
| Regular Pay | $1,384.56 |
| Commission | $892.14 |
| Overtime Pay | $96.66 |

### TAXES

| | |
|---|---:|
| FICA - OASDI | $140.34 |
| FEDERAL INCOME TAX | $102.02 |
| AL INCOME TAX | $88.66 |
| FICA - MEDICARE | $32.82 |

### DEDUCTIONS

| | |
|---|---:|
| Medical 125 | $109.75 |

| | |
|---|---:|
| TOTAL | $1,899.77 |



- Earnings — Taxes — Deductions

History Year

2021

| PAY DATE | TYPE | CHECK NUMBER | GROSS PAY | TAXES | DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- | --- |
| 4/16/2021 | B | 7931401 | $1,851.14 | $238.25 | $109.75 | $1,503.14 |
| 4/2/2021 | B | 7898203 | $1,480.77 | $156.00 | $109.75 | $1,215.02 |
| 3/19/2021 | B | 7865474 | $2,373.36 | $363.84 | $109.75 | $1,899.77 |
| 3/5/2021 | B | 7830461 | $1,486.17 | $157.21 | $109.75 | $1,219.21 |
| 2/19/2021 | B | 7798885 | $2,430.07 | $377.48 | $109.75 | $1,942.84 |
| 2/5/2021 | B | 7764829 | $1,628.28 | $188.68 | $109.75 | $1,329.85 |
| 1/22/2021 | B | 7731248 | $1,739.55 | $213.33 | $109.75 | $1,416.47 |
| 1/8/2021 | B | 7698361 | $1,494.00 | $158.94 | $109.75 | $1,225.31 |

Terms of Use | Privacy Policy | Contact Us

© CoAdvantage Resources, Inc. and affiliates ("CoAdvantage") - All Rights Reserved